CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

August 18, 2025
LAURA A. AUSTIN, CLERK
BY:
        s/A. Beeson
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLOTTE SHUPE, | ) | |
| Plaintiff, | ) | Civil Action No. 7:24cv00798 |
| | ) | |
| v. | ) | OPINION and ORDER |
| | ) | |
| SWVRJA-DUFFIELD, et al., | ) | By:  Robert S. Ballou |
| Defendants. | ) | United States District Judge |

Plaintiff Charlotte Shupe, a Virginia inmate proceeding *pro se*, has filed this civil rights action, pursuant to 42 U.S.C. § 1983, against the Southwest Virginia Regional Jail Authority, Duffield, and its mental health department, alleging that she is not receiving her mental health medication, even though she refilled it and brought it with her from the jail in Tennessee when she was transferred. Further, she alleges that the facility's 21-hours per day lockdown is jeopardizing her mental health.  Reviewing her complaint as required by 28 U.S.C. § 1915A, I find that it currently fails to state a claim for which relief may be granted.

Section 1983 provides a cause of action against a "person" who, acting under color of state law, violates the constitutional rights of another. 42 U.S.C. § 1983; *Loftus v. Bobzien*, 848 F.3d 278, 284–85 (4th Cir. 2017).  A jail is not a person within the meaning of § 1983 and lacks the capacity to be sued.  *McCoy v. Chesapeake Corr. Ctr.*, 788 F. Supp. 890, 893–94 (E.D. Va. 1992).  Likewise, the jail's "mental health department" is not a person.

Further, liability under § 1983 is "personal, based upon each defendant's own constitutional violations." *Trulock v. Freeh*, 275 F.3d 391, 402 (4th Cir. 2001).  Under § 1983, a person acting under state law is liable only for his or her own misconduct; the theory of *respondeat superior* does not apply to constitutional litigation, and a supervisor or employer cannot be held liable for the conduct of an employee just because the employee is supervised by

or works for the other person or entity. *King v. Riley*, 76 F.4th 259, 269 (4th Cir. 2023). A proper claim requires the names of individuals who violated plaintiff's constitutional rights and factual details about how each such individual violated plaintiff's rights. *Wilcox v. Brown*, 877 F.3d 161, 170 (4th Cir. 2017).

Because plaintiff is proceeding without an attorney, the court will give her the opportunity to **amend** her complaint within **thirty (30) days**, if she chooses to do so.  The amended complaint should name as a defendant each person whom she believes violated her constitutional rights and clearly state how each defendant violated her rights. If plaintiff chooses not to amend her complaint within that time, the court will dismiss the action for failure to state a claim for which relief may be granted.

Enter:  August 15, 2025

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge

Rev. 6/2025 Prisoner Complaint

# UNITED STATES DISTRICT COURT
## Western District of Virginia
## Roanoke Division

AMENDED COMPLAINT

**(Form for *Pro Se* Prisoners)**

Civil Action No. 7:24-cv-00798

District Judge Ballou

Magistrate Judge Sargent

(To be filled out by Clerk's Office only)

_____

_____

*(In the space above, enter your full name and inmate number.*
*You will be referred to as the plaintiff.)*

-against-

_____

_____

_____

_____

*(In the space above, enter the full name(s) of the defendant(s). If you cannot*
*fit the names of all the defendants in the space provided, please write "see*
*attached" in the space above and attach an additional sheet of paper with*
*the full list of names. The names listed in the above caption must be identical*
*to those contained in Section IV. Do not include addresses here.)*

**Jury Demand**

☐ Yes

☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

## I.    JURISDICTIONAL BASIS FOR COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for* pro se *prisoners challenging the constitutionality of their treatment or the conditions of their confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). It may also be used for the filing of a Federal Tort Claims Act (FTCA) claim against the United States if you are claiming personal injury, property loss, or other damage caused by a federal agency or federal employee.*

☐    Action under  42 U.S.C. § 1983 (defendants are agents or employees of a state, county, or municipality)

☐    Action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) (defendants are federal agents or employees)

☐    Action under Federal Tort Claims Act (The United States is the proper defendant, and the plaintiff must have presented his or her claim in writing to the appropriate federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b) prior to filing a case in this court)

☐    Other (specify the basis)

_____

## II.    PLAINTIFF INFORMATION

_____
Name

_____
Inmate #

_____
Current Place of Detention

_____
Institutional Address

_____
City                                    State                    Zip Code

## III.    PLAINTIFF STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee:  ☐ State or  ☐ Federal

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Not in custody

☐   Other: _____

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:

_____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                          State                          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 2:

_____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                          State                          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 3:

_____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                        State                        Zip Code

                    Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4:

_____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                        State                        Zip Code

                    Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

**V.     STATEMENT OF CLAIM(S) (If you are making multiple claims, please number them.)**

Place(s) of occurrence:

_____

Date(s) of occurrence:

_____

State which of your federal constitutional or federal statutory rights have been violated:

_____

_____

*State briefly the FACTS that support your case below (you may attach additional pages if required), including an account of what happened to you in the order the events occurred. Do not include statutes or case citations. Your account should typically include the following types of information:*

> *When and where did these events occur?*
>
> *What happened to you and under what circumstances?*
>
> *What action did **each** defendant take or fail to take that violated your rights?*
>
> *Did you suffer specific injuries? How?*
>
> *Did you require medical care for these injuries? Be specific.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VI.    ADMINISTRATIVE EXHAUSTION

*WARNING: Prisoners must exhaust all available administrative procedures **before** filing an action in federal court about treatment in prison or prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☐Yes ☐No

If no, explain why not:

_____

_____

_____

_____

_____

_____

Is the grievance process complete (meaning all levels and appeals are concluded)?   ☐Yes ☐No
    If no, explain why not:

_____

_____

_____

_____

_____

_____

**WARNING**: *Prior to filing a Federal Tort Claims Act case in this court, you must have presented your claim in writing to the appropriate federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b).*

If this is a Federal Tort Claims Act case:

    Have you presented your claim in writing to the appropriate federal agency?   ☐Yes ☐No

    If yes, when and to whom?

_____

    If no, why not?

_____

_____

    Have you received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b)?

        ☐Yes ☐No

    If yes, when?

_____

_____

## VII.  RELIEF

*State briefly what you want the court to do for you, such as "award monetary damages." Do not make legal arguments or cite cases or statutes. In a civil rights action, the court cannot change a sentence, order a release from custody, or restore good time.  A petition for a writ of habeas corpus should be filed if that relief is desired.*

_____

_____

_____

_____

_____

## VIII.  PLAINTIFF'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without the prepayment of filing costs if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C.  §1915(g).*

Have you brought any other lawsuits in any federal court while a prisoner?

☐ Yes  ☐ No

If yes, have you filed another lawsuit dealing with the same facts involved in this action?

☐ Yes  ☐ No

If yes to the previous question, please provide the name and docket number, the court in which the case was filed, and the current status of the case.

_____

_____

_____

_____

_____

_____

## IX.    PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office <u>in writing</u> with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

_____          _____
Dated                                                              Plaintiff's Signature


_____
Printed Name


_____
Inmate # (if applicable)


_____
Prison Address                                   City                          State        Zip Code


_____
Mailing Address – if not in custody        City                          State        Zip Code